Carpenter *v.* Sheldon.

———————————

CARPENTER *v.* SHELDON.

PRACTICE—VARIANCE.—Where it is averred in the complaint that the note sued on was indorsed to the plaintiff by *Caleb Hendee,* and the note offered in evidence on the trial is indorsed by *C. Hendee,* the variance will not be material and the indorsement on the note will be admissible in evidence.

PRACTICE—AMOUNT OF JUDGMENT.—Where a complaint prays judgment for the exact amount due at the first term after suit, but judgment is not then rendered, and is at a subsequent term for a sum larger than that asked for by the amount of the subsequently accrued interest only, such judgment will not be erroneous, but the complaint will be deemed to have been amended so as to demand judgment for the proper sum.

Carpenter *v.* Sheldon.

APPEAL from the *Kosciusko* Common Pleas.

*Per Curiam.*—Suit on a note by the assignees against the maker for 150 dollars. A copy of the note and indorsement accompanied the complaint. The sum demanded in the conclusion of the complaint was 154 dollars and 25 cents; the sum recovered was 162 dollars, the amount of the note and interest, and was enough to cover the amount due if judgment had been recovered at the first term; several terms of Court having intervened between the institution of the suit and the recovery of the judgment. In the complaint it is averred that *Caleb Hendee*, the payee of the note, assigned it to the plaintiff, but the indorsement filed with the note showed that it was signed by *C. Hendee*.

The introduction of the note, &c., as evidence, was objected to on the ground of this variance. The objection was not well taken. The averment that *Caleb Hendee* indorsed it is not contradicted by the indorsement shown of *C. Hendee*, nor is there any variance, for it is equivalent to averring that *Caleb*, by the name of *C. Hendee*, indorsed.

As to the amount of damages recovered, it is obvious that the complaint in respect to the amount demanded might have been amended in the Court below; sec. 580, 2 G. & H. 278; to correspond with the proof, but it was not done, and we are of opinion that we should here consider the amendment as made, in view of the facts of this case, namely, that it was a suit on a note; that the complaint originally claimed damages sufficient, but that by the accumulation of interest alone the amount recovered exceeded the amount so claimed.

The judgment is affirmed, with 3 per cent. damages and costs.

*John L. Ketchum,* for the appellant.

*Newcomb & Tarkington,* for the appellee.